396 A.2d 48

Commonwealth v. Rotosky, Appellant.

Submitted November 14, 1977. Philip C. Ursu, Assistant Public Defender,

for appellant; Walter S. Vuckovich, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.